# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LORRAINE DUGGIN and JOHN (JACK) KISCOAN, individually and as Co-Special Administrators for the Estate of SUSAN D. KISCOAN, deceased, | ) ) ) ) ) | Case No. 8:19-cv-453 |
| Plaintiffs, | ) ) | **MOTION FOR SUMMARY JUDGEMENT** |
| v. | ) ) | |
| THE CITY OF OMAHA, NEBRASKA, | ) ) | |
| Defendant, | ) | |

PURSUANT TO Federal Rule of Civil Procedure 56, the Defendant moves the Court to dismiss Plaintiff's Complaint and find in favor of Defendant and against the Plaintiff. In support of this Motion, the Defendant shows the Court that there are no material issues of fact in dispute and Defendant is entitled to judgment as a matter of law. Defendant has submitted a brief and an Index of Exhibits in support of this Motion.

WHEREFORE, Defendant prays that the Plaintiff's Complaint be dismissed and that Defendant have and recover its costs expended herein.

Dated this 2nd day of August, 2021.

                                        CITY OF OMAHA, Defendant,

                                        By  s/Michelle Peters
                                            MICHELLE PETERS, No. 20021
                                            Deputy City Attorney
                                            JARED DEAN, No. 26314
                                            Assistant City Attorney
                                            1819 Farnam Street, Suite 804
                                            Omaha, NE  68183
                                            Telephone:  402/444-5115
                                            Attorneys for Defendant

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of August, 2021, I electronically filed the foregoing **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** with the Clerk of the Court using the CM/ECF system which sent a copy of the foregoing to all of the attorneys of records in this case, and sent notification of such filing by U.S. Postal Service, postage prepaid to Christopher P. Welsh, 9290 West Dodge Road, 204 The Mark, Omaha, NE 68114.

   /s/Michelle Peters_____

- 3 -

## CERTIFICATE OF SERVICE

  I hereby certify that on the____ day of August, 2021, I electronically filed the foregoing **MOTION FOR SUMMARY JUDGMENT** with the Clerk of the Court using the CM/ECF system which is to send notification of such filing to all attorneys registered with the system who have entered an appearance in this action.

                   /s/ Michelle Peters